UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
December 12, 2023 1:25 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW /12-12

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTINA HATCH,

    Defendant.

No. **1:23-cr-149**

Hon. **Jane M. Beckering**
**U.S. District Judge**

**CLASS A MISDEMEANOR INFORMATION**

The United States Attorney charges:

Opening Mail Without Authority

On or about December 21, 2021, in Clinton County, in the Southern Division of the Western District of Michigan, the Defendant,

**CHRISTINA HATCH,**

knowingly, and without authority, opened mail not directed to her, namely, two pieces of first-class mail each containing a $50 Meijer gift card, which she stole and converted to her own use.

18 U.S.C. § 1703(b)

Date: 12/12/23

MARK A. TOTTEN
United States Attorney

STEPHANIE M. CAROWAN
Assistant United States Attorney